**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| ALLEN CRISPIN FUENTES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 125-064 |
| | * | |
| RICHARD ROUNDTREE, et al., | * | |
| | * | |
| Defendants. | * | |

# O R D E R

Upon consideration, the Court **STAYS** all remaining case deadlines while the parties participate in a judicial settlement conference before the Honorable Susan D. Barrett. (See docs. 38, 39.) The Court will reset deadlines, if necessary, after the conclusion of the settlement proceedings.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA